UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITENDRA KUMAR PRAJAPATI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>Defendants. | Case No. 23-cv-3246 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss or to transfer, ECF 3, is hereby **GRANTED**. It is further **ORDERED** that Defendant Secretary of State (Anthony Blinken) is **DISMISSED** from this action and that this suit is **TRANSFERRED** to the Middle District of Georgia, where the remaining Defendant shall have thirty days following the docketing of this suit in that district to answer or file a renewed motion to dismiss under Rule 12(b), unless the transferee court orders otherwise.

The Clerk of Court shall transfer this case.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 7, 2024

1